# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:03-cr-204-Orl-31DAB

**CHARLES MATTHEW PARSON**

_____

## ORDER

Upon consideration of the Unopposed Motion to Consolidate Final Revocation Hearings (Doc. 118), it is

**ORDERED** that the Motion is GRANTED, in part. The revocation matters in Case No. 6:03-cr-204-Orl-31DAB and 6:06-cr-103-Orl-31JGG shall be consolidated for the purposes of the revocation hearing before the Magistrate Judge. In this regard, both matters shall be heard before Magistrate Judge Baker on June 28, 2006 at 11:00 A.M. However, the hearing on the report and recommendation(s) resulting from Judge Baker's hearing will be held before the undersigned, separate from any sentencing before Judge Antoon.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 14, 2006.

Copies furnished to:

Magistrate Judge David A. Baker
Magistrate Judge James G. Glazebrook
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Charles Matthew Parson

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE