# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No.  **6:06-cr-103-Orl-31DAB**
          **6:03-cr-204-Orl-31DAB**

**CHARLES MATTHEW PARSON**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on June 28, 2006, I conducted the Final Probation Revocation Hearing of the Defendant on the Petitions for Warrant or Summons for Offender Under Supervision filed June 7, 2006 in case number 6:03-cr-204-Orl-31DAB and filed May 26, 2006 in case number 6:06-cr-103-Orl-31DAB by Probation Officer Willie Jones.

In the Petitions, Probation Officer Willie Jones alleges the Defendant was in violation of:

- **1. New Criminal Conduct occurring while on supervision:**

From on or about January 1, 2005, through on or about April 30, 2005, in Volusia County, Middle District of Florida, the defendant herein, knowingly, willfully and with intent to defraud, did falsely make, forge and counterfeit obligations of the United States, that is $20.00 and $100.00 Federal Reserve Notes, which is a violation of Title 18, United States Code, Section 471. He was subsequently charged with Making Counterfeit Federal Reserve Notes in the Middle District of Florida, Orlando Division, Docket No. 6:06-cr-11-Orl-28JGG. The defendant admitted guilt to the aforementioned charge as evidenced by his signing of a Plea Agreement on April 21, 2006. This a violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State or local crime while under supervision.

The Defendant admitted violating the Condition as set forth in the Petitions for Warrant or Summons for Offender Under Supervision in case numbers 6:06-cr-103-Orl-31DAB and 6:03-cr-204-Orl-31DAB.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his supervised release should not be revoked.

The Defendant has been restored to probation supervision pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 28th day of June, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant
Charles Matthew Parson