# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**   Case No. 6:03-cr-204-Orl-31DAB

**CHARLES MATTHEW PARSON**

_____

## ORDER

Upon consideration of the Motion to Consolidate (Doc. 124), it is

**ORDERED** that the Motion is DENIED. The Court reschedules the revocation hearing from Tuesday, July 18, 2006 to **MONDAY, SEPTEMBER 11, 2006 at 1:00 P.M.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 29, 2006.

*The United States Attorney is responsible for issuing any necessary writ to obtain defendant's presence at this hearing. Should the U. S. Marshal determine that a writ is necessary to obtain defendant's presence and that no writ has been received, the U. S. Marshal shall immediately advise the U. S. Attorney to deliver such writ in sufficient time to cause defendant's presence at such hearing.*

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
United States Attorney
United States Marshals Service
United States Probation Office
Courtroom Deputy
Counsel for Defendant
Charles Matthew Parson